EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re:<br><br><br>Federico O. López Santiago | 2018 TSPR 139<br><br>200 DPR ____ |

Número del Caso: TS-14,977

Fecha:   27 de julio de 2018

Abogado del peticionario:

        Por derecho propio

Materia:  Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Federico O. López Santiago

TS-14,977

RESOLUCIÓN

En San Juan, Puerto Rico, a 27 de julio de 2018.

Luego de examinar la *Moción Solicitando Reinstalación Solamente a la Abogacía* del 18 de julio de 2018, se ordena la reinstalación del Sr. Federico O. López Santiago al ejercicio de la abogacía.

Se le ordena al Secretario del Tribunal registrar el cambio de estatus a abogado activo en el Registro Único de Abogados y Abogadas de Puerto Rico (RÚA).

Asimismo, se reactiva la Queja AB-2018-52, la cual fue archivada administrativamente por motivo de la suspensión del peticionario.

Lo acordó el Tribunal y lo certifica el Secretario del Tribunal Supremo. El Juez Asociado señor Martínez Torres hace constar la siguiente expresión:

El Juez Asociado señor Martínez Torres proveería no ha lugar en esta etapa a la solicitud de reinstalación y la condicionaría a que se adjudique primero la queja pendiente contra el peticionario. Ese es el mismo trámite que damos a los abogados de nuevo ingreso que tienen investigaciones pendientes. El interés público se atiende dando el mismo trato a los solicitantes de instalación y a los de reinstalación, para asegurarnos de que los solicitantes son profesionales idóneos y evitar que quienes no lo sean practiquen la profesión.

El Juez Asociado señor Estrella Martínez y el Juez Asociado señor Colón Pérez no intervinieron.


                              Juan Ernesto Dávila Rivera
                              Secretario del Tribunal Supremo